# EXHIBIT A

## DECLARATION OF KIMBERLY BANKS

I, Kimberly Banks, hereby declare:

1. I am a Plaintiff in the above-entitled action. I am a competent adult over eighteen years of age and I have personal knowledge of the facts set forth herein. If called as a witness, I could and would testify competently thereto.

2. I currently reside in the City and County of Los Angeles.

3. I purchased a box of Bigelow Earl Grey Black Tea in the County of Los Angeles.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on __7/3/20__ at Culver City, California.

_____
Kimberly Banks

-1-
DECLARATION OF KIMBERLY BANKS IN SUPPORT OF VENUE