# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| KIMBERLY BANKS and CAROL CANTWELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>R.C. BIGELOW, INC., a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-06208-DDP (RAOx)<br><br>**ORDER APPROVING PLAINTIFFS' CLASS NOTICE PLAN**<br><br>Date:  January 22, 2024<br>Time:  10:00 a.m.<br>Place:  Courtroom 9C<br>          350 W 1st Street<br>          Los Angeles, CA 90012 |

## ORDER APPROVING PLAINTIFFS' CLASS NOTICE PLAN

After consideration of Plaintiffs' Motion for Approval of Class Notice Plan, and finding good cause appearing therefor, the Court **GRANTS** the motion. Plaintiffs' proposed notices and methods of disseminating such notices are reasonably calculated to apprise Class members of the pendency of the action and satisfy constitutional due process requirements and Fed. R. Civ. P. 23(c)(2)(B).

**IT IS FURTHER ORDERED THAT:**

1. The form and content of the summary notice, long-form notice, print notice, and digital banner notice are hereby approved.

2. Plaintiffs may engage JND Legal Administration ("JND") to implement dissemination of the class notices, substantially in the form attached as Exhibits A through D, to Plaintiffs' motion.

3. Plaintiffs' Class Notice Plan is approved.

4. Publication notice to the Class shall be made in accordance with the Class Notice Plan detailed in Plaintiffs' motion, and Exhibit E thereto, which includes as follows:

    a. Within two weeks of this Order, JND shall establish a case website (TeaClassAction.com). The long-form notice, summary notice, operative complaint, Defendant's answer, and the Court's class certification order, shall be posted to the website, along with other information, including answers to frequently asked questions, and the applicable deadline to opt-out.

    b. Within four weeks of this Order, JND shall commence the publication notice plan.

5. Supplemental direct notice to the Class shall be provided as follows:

    a. Within two weeks of this Order, Defendant shall provide all relevant email/mailing lists (including last known names, mailing addresses, and email addresses) in its possession to JND.

    b. Within two weeks of receipt of the email/mailing lists from Defendant, JND shall send the long-form notice via email (or via U.S. Mail if there is no email address) to all individuals contained within the lists.

///
///
///
///
///

6. Class members shall have 35 calendar days from the date of completion of the Class Notice Plan to opt out of the Class.

**IT IS SO ORDERED.**

DATED: January 18, 2024

_____
Honorable Dean D. Pregerson
United States District Judge