**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
Todd M. Schneider (SBN 158253)
Peter B. Schneider (Admitted *Pro Hac Vice*)
Jason H. Kim (SBN 220279)
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Email: tschneider@schneiderwallace.com
pschneider@schneiderwallace.com
jkim@schneiderwallace.com

**THE WAND LAW FIRM, P.C.**
Aubry Wand (SBN 281207)
100 Oceangate, Suite 1200
Long Beach, CA 90802
Telephone: (310) 590-4503
Email: awand@wandlawfirm.com

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

KIMBERLY BANKS and CAROL CANTWELL, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

R.C. BIGELOW, INC., a corporation; and DOES 1 through 10, inclusive,

Defendants.

CASE NO.: 2:20-cv-06208-DDP (RAOx)

**JOINT STATEMENT OF THE CASE**

# JOINT STATEMENT OF THE CASE

Plaintiffs Kimberly Banks and Carol Cantwell ("Plaintiffs") and Defendant R.C. Bigelow, Inc. respectfully submit the following proposed statement of the case to be read to the jury before voir dire:

Plaintiffs Kimberly Banks and Carol Cantwell ("Plaintiffs"), on behalf of themselves and a certified Class, allege that Defendant R.C. Bigelow, Inc. ("Bigelow") violated the California Consumer Legal Remedies Act ("CLRA"), breached an express warranty, and engaged in conduct that amounted to an intentional misrepresentation, by printing the statement "Manufactured in the USA 100% American Family Owned" on the packaging of certain Bigelow tea products when the tea in these products is processed overseas and other components of the tea bag are foreign sourced.

This is a class action, which means that Plaintiffs are bringing this case on behalf of other Class members. The Class consists of consumers who bought at least one 18/20 count box of: Bigelow Earl Grey Black Tea Caffeine, Green Tea Caffeine, Constant Comment Black Tea Caffeine, Green Lemon Tea Caffeine, Vanilla Chai Black Tea Caffeine, English Tea Time Black Tea Caffeine, Spiced Chai Black Tea Caffeine, French Vanilla Black Tea Caffeine, or Vanilla Caramel Black Tea Caffeine, labeled as "Manufactured in the USA 100% American Family Owned" at a retail store in California from October 17, 2017 to the present. The nine Bigelow tea products that are part of the class definition that I just read to you are referred to as "the Class Products."

The Court has already ruled that this case can proceed as a class action.

The Court has also already made two findings on the issue of Bigelow's liability in this case.

First, the Court has ruled that the "Manufactured in the USA 100% American Family Owned" statement is literally false. However, you will be asked to determine whether Bigelow knew that the "Manufactured in the USA 100% American Family

Owned" statement was false, or that Bigelow made the statement recklessly and without regard for its truth, when it printed it on the Class Products' packaging.

Second, the Court has ruled that the "Manufactured in the USA 100% American Family Owned" statement is material to consumers—i.e., that it is important to them in making the decision to purchase the Class Products.

The final issue for you to decide at the conclusion of this trial will be what amount of damages, if any, the Plaintiffs and the Class are entitled to.

DATED: April 1, 2025 Respectfully submitted,

**THE WAND LAW FIRM, P.C.**

By: /s/ Aubry Wand
Aubry Wand

**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
Todd M. Schneider
Peter B. Schneider
Jason H. Kim

*Attorneys for Plaintiffs and the Class*