# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | 2:20cv06208 DDP (RAOx) | Date | April 3, 2025 |
| Title: | *KIMBERLY BANKS; ET AL. v. R.C. BIGELOW, INC.; ET AL.* | | |

Present: The Honorable DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| | |
|---|---|
| Catherine Jeang | Maria Bustillos |
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
| Aubry Wand<br>Jason Kim<br>Peter Schneider<br>Todd Schneider<br>Raymond Levine | Patrick Mulkern<br>Timothy Branson |

____ Day Court Trial 3RD Day Jury Trial

___ One day trial: ___ Begun (1st day); X Held & Continued; ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made by ____

X Witnesses called, sworn and testified. X Exhibits identified. X Exhibits admitted.

___ Plaintiff(s) rest. ___ Defendant(s) rest.

___ Closing arguments made by ___ plaintiff(s) ___ defendant(s). ___ Court instructs jury.

___ Bailiff(s) sworn. ___ Jury retires to deliberate. ___ Jury resumes deliberations.

___ Jury Verdict in favor of ___ plaintiff(s) ___ defendant(s) is read and filed.

___ Jury polled. ___ Polling waived.

___ Filed Witness & Exhibit Lists ___ Filed jury notes. ___ Filed jury instructions.

___ Judgment by Court for ____ ___ plaintiff(s) ___ defendant(s).

___ Findings, Conclusions of Law & Judgment to be prepared by ___ plaintiff(s) ___ defendant(s).

___ Case submitted. ___ Briefs to be filed by ____

___ Motion to dismiss by ____ is ___ granted. ___ denied. ___ submitted.

___ Motion for mistrial by ____ is ___ granted. ___ denied. ___ submitted.

___ Motion for Judgment/Directed Verdict by is ___ granted. ___ denied. ___ submitted.

___ Settlement reached and placed on the record.

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

___ Trial subpoenaed documents returned to subpoenaing party.

X Case continued to **April 4, 2025**, at **9:00 A.M.** for further trial/further jury deliberation.

X Other: The Court's Law Clerks and counsel meet and confer regarding proposed jury instructions and verdict form.

04 : 59

Initials of Deputy Clerk CMJ