# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | 2:20cv06208 DDP (RAOx) | Date | April 7, 2025 |
| Title: | *KIMBERLY BANKS; ET AL. v. R.C. BIGELOW, INC.; ET AL.* | | |

Present: The Honorable DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| | |
|---|---|
| Kevin Reddick/Catherine Jeang | Maria Bustillos |
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
| Aubry Wand<br>Jason Kim<br>Peter Schneider<br>Todd Schneider<br>Raymond Levine | Patrick Mulkern<br>Timothy Branson |

___ Day Court Trial 5TH Day Jury Trial

__ One day trial: __ Begun (1st day); X Held & Continued; __ Completed by jury verdict/submitted to court.

__ The Jury is impaneled and sworn.

__ Opening statements made by ____

X Witnesses called, sworn and testified. X Exhibits identified. X Exhibits admitted.

X Plaintiff(s) rest. X Defendant(s) rest.

X Closing arguments made by X plaintiff(s) X defendant(s). X Court instructs jury.

X Bailiff(s) sworn. X Jury retires to deliberate. __ Jury resumes deliberations.

__ Jury Verdict in favor of __ plaintiff(s) __ defendant(s) is read and filed.

__ Jury polled. __ Polling waived.

X Filed Witness & Exhibit Lists __ Filed jury notes. X Filed jury instructions.

__ Judgment by Court for ____ __ plaintiff(s) __ defendant(s).

__ Findings, Conclusions of Law & Judgment to be prepared by __ plaintiff(s) __ defendant(s).

__ Case submitted. __ Briefs to be filed by ____

__ Motion to dismiss by ____ is __ granted. __ denied. __ submitted.

__ Motion for mistrial by ____ is __ granted. __ denied. __ submitted.

X Motion for Judgment/Directed Verdict by plaintiffs/defendants are __ granted. __ denied. X submitted.

__ Settlement reached and placed on the record.

X Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

__ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

__ Trial subpoenaed documents returned to subpoenaing party.

X Case continued to **April 8, 2025**, at **9:00 A.M.** for further trial/further jury deliberation.

X Other: The Court review the Final Jury Instructions and Verdict Form

05 : 19

Initials of Deputy Clerk CMJ