# REDACTED

FILED
CLERK, U.S. DISTRICT COURT

April 8, 2025

CENTRAL DISTRICT OF CALIFORNIA
BY: CMJ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. 2:20cv06208 DDP (RAOx)

Title: *KIMBERLY BANKS; ET AL. v. R.C. BIGELOW, INC.; ET AL.*

**JURY NOTE NUMBER** 01

X THE JURY HAS REACHED A UNANIMOUS VERDICT

___ THE JURY REQUESTS THE FOLLOWING:

DATE: 4-8-25

SIGNED

FOREPERSON OF THE JURY

Time: 12:17 PM