REDACTED

FILED
CLERK, U.S. DISTRICT COURT
April 8, 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: CMJ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

KIMBERLY BANKS and CAROL CANTWELL, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

R.C. BIGELOW, INC., a corporation; and DOES 1 through 10, inclusive,

Defendants.

CASE NO.: 2:20-cv-06208-DDP (RAOx)

**VERDICT FORM**

# VERDICT FORM

We, the jury in the above-entitled action, find as follows:

**1.**

Do you find that Plaintiffs proved each of the elements of Claim I by a preponderance of the evidence?

Yes X No ______

Please proceed to Question 2.

**2.**

Do you find that Plaintiffs proved each of the elements of Claim II by a preponderance of the evidence?

Yes __X__ No ______

Please proceed to Question 3.

**3.**

Do you find that Plaintiffs proved each of the elements of Claim III by a preponderance of the evidence?

Yes __X__ No ______

If you answered YES to Questions 1, 2, or 3, please proceed to Question 4.

**4.**

If you have found that Bigelow violated Claim I, Claim II, or Claim III by answering YES to either Question 1, Question 2, or Question 3, then you must determine how much to award Plaintiffs in compensatory damages. Please indicate the amount below.

Compensatory Damages: $ 2,360,744

Please proceed to Question 5.

**5.**

If you answered YES to Questions 1 or 3, then you must decide whether to award punitive damages to Plaintiffs. Do you find Plaintiffs' proof sufficient to support a punitive damages award by clear and convincing evidence?

Yes ______ No __X__

Please ensure that you have complied with the instructions in this form and answered all questions that these instructions directed you to complete. Then please have the foreperson sign and date this form below. After signing the form, please notify the Courtroom Deputy that a verdict has been reached.

DATED: 4-8-25

Signature of Foreperson

* * *