# LIST OF EXHIBITS AND WITNESSES

| | | | |
|---|---|---|---|
| Case Number | 2:20cv06208 DDP (RAOx) | Title | KIMBERLY BANKS; ET AL. v. R.C. BIGELOW, INC.; ET AL. |
| Judge | Dean D. Pregerson | | |
| Dates of Trial or Hearing | 4/1/2025; 4/2/2025; 4/3/2025; 4/4/2025; 4/7/2025 | | |
| Court Reporters or Tape No. | Maria Bustillos | | |
| Deputy Clerks | Catherine Jeang/Kevin Reddick | | |

FILED
CLERK, U.S. DISTRICT COURT
April 7, 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: CMJ DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Aubry Wand | Patrick Mulkern |
| Jason Kim | Timothy Branson |
| Peter Schneider | |
| Todd Schneider | |
| Raymond Levine | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

# JOINT EXHIBITS

| Ex. No. | Description/Beg Bates No. | End Bates No. | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1 | BANKS 00004 | 00005 | 4/2/25 | 4/2/25 |
| 2 | [BLANK] | | | |
| 3 | RCB-BANKS 000393 | | 4/2/25 | 4/2/25 |
| 4 | [BLANK] | | | |
| 5 | [BLANK] | | | |
| 6 | RCB-BANKS 013531 | 013588 | 4/2/25 | 4/2/25 |
| 7 | Bigelow Resp. ROGs (Set 3) | | | |
| 8a | Declaration of John McCraw (ECF No. 52-1) | | | |
| 8b | BANKS 00048 (Pl MSJ Ex. 40) | | | |
| 8c | RCB-BANKS 013695 (Pangrac Dep. Ex. 5) | | | |
| 9 | RCB-BANKS 002813 | | | |
| 10 | RCB-BANKS 002963 (C. Bigelow Dep. Ex. 6) | | 4/3/25 | 4/3/25 |
| 11 | RCB-BANKS 004079 | 004081 | 4/2/25 | 4/2/25 |
| 12 | RCB-BANKS 009162 | | | |
| 13 | RCB-BANKS 008617 (Costello Dep. Ex. 4) | 008664 | 4/2/25 | 4/2/25 |
| 14 | RCB-BANKS 009636 | 009651 | 4/3/25 | 4/3/25 |

| | | | | |
|---|---|---|---|---|
| 15 | RCB-BANKS 007429 (Costello Depo Ex. 10 (part 2) / Cindi Bigelow Depo Ex. 11) | | | |
| 16 | BANKS00049 | BANKS00054 | 4/4/25 | 4/4/25 |
| 17 | BANKS00058 | BANKS00061 | 4/4/25 | 4/4/25 |
| 18 | BANKS00062 | BANKS00065 | | |
| 19 | BANKS00066 | BANKS00069 | 4/4/25 | 4/4/25 |
| 20 | BANKS00070 | BANKS00076 | | |
| 21 | BANKS00077 | BANKS00082 | | |
| 22 | RCB-BANKS 014176 | | 4/2/25 | 4/2/25 |

**PLAINTIFFS' EXHIBITS (STARTING AT NO. 101)**

| Ex. No. | Description/Beg Bates No. | End Bates No. | Date Identified | Date Admitted |
|---|---|---|---|---|
| 101 | Declaration of John McCraw (ECF No. 52-1) | | Withdrawn | Withdrawn |
| 102 | Declaration of Kimberly Banks | | | |
| 103 | Declaration of Carol Cantwell | | | |
| 104 | Declaration/Report of Colin B. Weir dated 6/17/22 (ECF No. 41-36) | | | |
| 105 | Rebut. Declaration/Report of Colin B. Weir dated 10/3/22 | | | |
| 106 | Declaration/Report of Colin B. Weir dated 3/6/24 | | | |
| 107 | Graphics, charts, photos from Weir Declarations/Reports | | | |
| 108 | Declaration/Report of Cory Carter dated 6/15/22 | | Withdrawn | Withdrawn |
| 109 | Declaration of John McCraw dated 11/9/2015 (*Khasin v. R.C. Bigelow, Inc.*, No. 4:12-cv-02204-WHO) (ECF No. 112-3) | | | |
| 110 | Bruce Stombom Expert Rebuttal Report dated 9/16/21 (*Minor v. Baker Mills, Inc.*, No. 20-cv- | | | |

| | | | | |
|---|---|---|---|---|
| | 02901-RS) (ECF No. 78-43) | | | |
| 111 | BANKS-WEIR 00033 | 00041 | | |
| 112 | Certified Deposition Transcript of Bruce Strombom dated 10/6/21 (*Minor v. Baker Mills, Inc.*, No. 20-cv-02901-RS) (Ex. 4 to Weir Rebut. Declaration) | | | |
| 113 | Physical containers of Products purchased by Kimberly Banks (a) + (b) – 2 boxes | | 4/1/25 | 4/1/25 |
| 114 | Physical containers of Products purchased by Carol Cantwell (a) + (b) – 2 boxes | | 4/2/25 | 4/2/25 |
| 115 | BANKS 00006 | | 4/4/25 | 4/4/25 |
| 116 | BANKS 00047 | | 4/4/25 | 4/4/25 |
| 117 | DEFINED-BANKS 000887 | | | |
| 118 | DEFINED-BANKS 000893 | | | |
| 119 | DEFINED-BANKS 000874 (Costello Dep. Ex. 7) | 000883 | | |
| 120 | RCB-BANKS 013740 | 013741 | 4/2/25 | 4/2/25 |
| 121 | RCB-BANKS 009173 | 009177 | | |
| 122 | RCB-BANKS 000202 | 000205 | | |
| 123 | RCB-BANKS 000053 | 000055 | | |

Case 2:20-cv-06208-DDP-RAO Document #:1[illegible]46 Filed 03/28/25 Page 6 of 32 Page ID

| | | | | |
|---|---|---|---|---|
| 124 | RCB-BANKS 000031 | | | |
| 125 | RCB-BANKS 014184 | 014187 | 4/2/25 | 4/2/25 |
| 126 | RCB-BANKS 014195 | | 4/3/25 | 4/3/25 |
| 127 | RCB-BANKS 014188 | 014190 | | |
| 128 | RCB-BANKS 014196 | 014197 | 4/3/25 | 4/3/25 |
| 129 | RCB-BANKS 003269 | 003273 | | |
| 130 | Bigelow Resp. to ROGs (Set 1) | | | |
| 131 | Bigelow Resp. to RFPs (Set 2) | | | |
| 132 | Pl RFAs to Bigelow (Set 1) | | | |
| 133 | Bigelow Resp. to RFAs (Set 1) | | | |
| 134 | RCB-BANKS 012112 (Costello Dep. Ex. 2) | | 4/2/25 | 4/2/25 |
| 135 | RCB-BANKS 000680 (Pangrac Ex. 2) | | | |
| 136 | RCB-BANKS 002176 | | | |
| 137 | RCB-BANKS 005512 | 005516 | | |
| 138 | RCB-BANKS 009009 (Costello Dep. Ex. 25) | 00910 | 4/2/25 | 4/2/25 |
| 139 | RCB-BANKS 005455 | 005457 | | |
| 140 | RCB-BANKS 005449 (C. Bigelow Dep. Ex. 5) | | | |
| 141 | RCB-BANKS 001897 | 001898 | 4/3/25 | 4/3/25 |

Case 2:20-cv-06208-DDP-RAO Document Filed 03/28/25 Page 7 of 32 Page ID #:15247

| | | | | |
|---|---|---|---|---|
| 142 | RCB-BANKS 001943 | 001944 | 4/3/25 | 4/3/25 |
| 143 | RCB-BANKS 000043 | | 4/3/25 | 4/3/25 |
| 144 | RCB-BANKS 000047 | 000048 | 4/3/25 | 4/3/25 |
| 145 | RCB-BANKS 000019 (Costello Dep. Ex. 17) | 000020 | 4/3/25 | 4/3/25 |
| 146 | RCB-BANKS 011901 | | | |
| 147 | RCB-BANKS 011895 | | 4/2/25 | 4/2/25 |
| 148 | RCB-BANKS 004266 | 004320 | 4/2/25 | 4/2/25 |
| 149 | RCB-BANKS 000269 (Costello Dep. Ex. 22) | 000270 | 4/3/25 | 4/3/25 |
| 150 | RCB-BANKS 009280 (Costello Dep. Ex. 23) | | 4/3/25 | 4/3/25 |
| 151 | RCB-BANKS 009249 | | 4/2/25 | 4/2/25 |
| 152 | RCB-BANKS 011381 | 011384 | | |
| 153 | RCB-BANKS 013339 | 013399 | | |
| 154 | RCB-BANKS 004183 | 004189 | | |
| 155 | RCB-BANKS 003834 | 003841 | | |
| 156 | RCB-BANKS 002774 | | 4/3/25 | 4/3/25 |
| 157 | RCB-BANKS 002957 (Pangrac Dep. Ex. 1 with addition of 002957) | 002961 | 4/3/25 | 4/3/25 |
| 158 | RCB-BANKS 014198 | 014200 | | |

| | | | | |
|---|---|---|---|---|
| 159 | [BLANK] | | | |
| 160 | [BLANK] | | | |
| 161 | RCB-BANKS 003083 | 003085 | | |
| 162 | RCB-BANKS 005604 | 005685 | | |
| 163 | RCB-BANKS 008756 | 008757 | | |
| 164 | RCB-BANKS 000284 | 000286 | | |
| 165 | RCB-BANKS 000869 | 00870 | | |
| 166 | RCB-BANKS 001518 | | 4/3/25 | 4/3/25 |
| 167 | RCB-BANKS 012111 | | 4/2/25 | 4/2/25 |
| 168 | RCB-BANKS 012908 | | | |
| 169 | RCB-BANKS 012860 (Costello Dep. Ex. 3) | | | |
| 170 | RCB-BANKS 004395 (004398: Excel file without Bates-stamp on face of document) | 004400 | | |
| 171 | RCB-BANKS 004387 | 004390 | | |
| 172 | RCB-BANKS 013594 (C. Bigelow Dep. Ex. 4) | | | |
| 173 | RCB-BANKS 009225 (C. Bigelow Dep. Ex. 8) | | | |
| 174 | RCB-BANKS 001316 | | | |
| 175 | RCB-BANKS 014183 | | 4/3/25 | 4/3/25 |

| | | | | |
|---|---|---|---|---|
| 176 | RCB-BANKS 011126 | 011129 | | |
| 177 | RCB-BANKS 011130 | | | |
| 178 | RCB-BANKS 011131 | | | |
| 179 | RCB-BANKS 000105 | 000106 | 4/2/25 | |
| 180 | RCB-BANKS 000115 | 000118 | | |
| 181 | RCB-BANKS 004406 | | | |
| 182 | RCB-BANKS 014204 | | | |
| 183 | RCB-BANKS 014213 | | | |
| 184 | RCB-BANKS 014214 | | | |
| 185 | RCB-BANKS 014201 | | | |
| 186 | RCB- BANKS 014202 | | 4/3/25 | 4/3/25 |
| 187 | RCB- BANKS 014207 | 00014208 | 4/3/25 | 4/3/25 |
| 188 | RCB-BANKS 014210 | | | |
| 189 | RCB-BANKS 014211 | | | |
| 190 | [BLANK] | | | |
| 191 | RCB-BANKS 000765 | 000766 | | |
| 192 | RCB-BANKS 014272 | 014273 | | |
| 193 | RCB-BANKS 014274 | | | |

| | | | | |
|---|---|---|---|---|
| 194 | Declaration of Paul Schenfeld | | | |
| 195 | https://www.ftc.gov/business-guidance/resources/complying-made-usa-standard | | | |
| 196 | RCB-BANKS 002054 | | | |
| 197 | RCB-BANKS 011180 | 011185 | 4/3/25 | 4/3/25 |
| 198 | RCB-BANKS 013930 | 013931 | | |
| 199 | Subpoena to Circana, Inc. (Porod Ex. 1) | | | |
| 200 | Declaration of Robert Porod (Porod Ex. 2) | | | |
| 201 | BANKS00049 | BANKS00054 | Withdrawn | Withdrawn |
| 202 | BANKS00058 | BANKS00069 | Withdrawn | Withdrawn |
| 203 | BANKS00070 | BANKS00082 | Withdrawn | Withdrawn |
| 204 | BANKS00084 (Porod Ex. 3) | BANKS00089 | 4/4/25 | 4/4/25 |
| 205 | BANKS00083 (Porod Ex. 4) | | 4/4/25 | |
| 206 | BANKS00090 | BANKS00096 | | |
| 207 | RCB-BANKS 014176 | | Withdrawn | Withdrawn |
| 208 | Declaration of Bruce Strombom dated 3/9/2020 (*Cabrera v. Bayer Healthcare LLC*, No. 2:17-cv-08525-JAK-JPRx) (C.D. Cal.) (ECF No. 127-16) | | | |

| | | | | |
|---|---|---|---|---|
| 209 | Expert Report of Bruce Strombom dated 5/24/2019 (*Krommenhock v. Post Foods LLC*, No. 3:16-cv-04958-WHO) (N.D. Cal) (ECF No. 240-6) | | | |
| 210 | Declaration of Bruce Strombom dated 4/6/2015 (*Ang v. Bimbo Bakeries USA, Inc.*, No. 4:13-cv-01196-HSG) (N.D. Cal.) (ECF No. 121-8) | | | |
| 211 | Court's Summary Judgment Order (ECF No. 129) | | | |
| 212 | Demonstrative | | 4/4/25 | |
| 213 | Demonstrative - 1 Page | | 4/4/25 | |
| 214 | Demonstrative | | 4/4/25 | |
| 215 | Demonstrative | | 4/4/25 | |
| 216 | Demonstrative | | 4/4/25 | |
| 217 | Demonstrative | | 4/4/25 | |
| 218 | Demonstrative | | 4/4/25 | |
| 219 | Demonstrative | | 4/4/25 | |
| 220 | Demonstrative | | 4/4/25 | |

**DEFENDANT'S EXHIBITS (STARTING AT NO. 500)**

| Exhibit No. | Description / Source | Beginning Bates | End Bates | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 500 | 220012316 EG-BT.pdf Banks Depo Ex. 6 | RCB-BANKS 001862 | RCB-BANKS 001862 | 4/1/25 | 4/1/25 |
| 501 | PHYSICAL CARTON of Earl Grey (2014-04-07) -- RCB-BANKS 001862 | | | | |
| 502 | 220012317 EG-BT #TP.pdf Banks Depo Ex. 7 | RCB-BANKS 001798 | RCB-BANKS 001798 | 4/1/25 | 4/1/25 |
| 503 | PHYSICAL CARTON of Earl Grey (2017-10-17) -- RCB-BANKS 001798 | | | | |
| 504 | 220012318 EG-BT #TP.pdf Banks Depo Ex. 8 | RCB-BANKS 001803 | RCB-BANKS 001803 | 4/1/25 | 4/1/25 |
| 505 | PHYSICAL CARTON of Earl Grey (2018-02-09) -- RCB-BANKS 001803 | | | | |
| 506 | 220012345_Earl Grey.pdf | RCB-BANKS 014070 | RCB-BANKS 014070 | | |
| 507 | PHYSICAL CARTON of Earl Grey (2022-02-22) -- RCB-BANKS 014070 | | | | |
| 508 | 220017716 ETT-BT.pdf Banks Depo Ex. 11 | RCB-BANKS 001876 | RCB-BANKS 001876 | 4/1/25 | 4/1/25 |
| 509 | PHYSICAL CARTON of English Teatime (2014-05-29) -- RCB-BANKS 001876 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 510 | 220017717 ETT #TP.pdf Banks Depo Ex. 12 | RCB-BANKS 001799 | RCB-BANKS 001799 | 4/2/25 | 4/2/25 |
| 511 | PHYSICAL CARTON of English Teatime (2017-10-17) -- RCB-BANKS 001799 | | | | |
| 512 | 220017718 ETT #TP.pdf Banks Depo Ex. 13 | RCB-BANKS 001801 | RCB-BANKS 001801 | 4/2/25 | 4/2/25 |
| 513 | PHYSICAL CARTON of English Teatime (2018-02-09) -- RCB-BANKS 001801 | | | | |
| 514 | 220017719 ETT #TP.pdf | RCB-BANKS 001838 | RCB-BANKS 001838 | | |
| 515 | PHYSICAL CARTON of English Teatime (2020-03-06) -- RCB-BANKS 001838 | | | | |
| 516 | 220017745 ET-BT.pdf | RCB-BANKS 014066 | RCB-BANKS 014066 | | |
| 517 | PHYSICAL CARTON of English Teatime (2022-02-22) -- RCB-BANKS 014066 | | | | |
| 518 | 220010516 CC-BT.pdf | RCB-BANKS 001861 | RCB-BANKS 001861 | | |
| 519 | 220010517_CC_R1.pdf | RCB-BANKS 001778 | RCB-BANKS 001778 | | |
| 520 | 220010518 CC-BT #TP.pdf | RCB-BANKS 001797 | RCB-BANKS 001797 | 4/2/25 | 4/2/25 |
| 521 | 220010519 CC-BT #TP.pdf | RCB-BANKS 001802 | RCB-BANKS 001802 | | |
| 522 | 220010520 CC-BT #TP.pdf | RCB-BANKS 001834 | RCB-BANKS 001834 | | |
| 523 | BIG-220010521 CC-BT #TP.pdf | RCB-BANKS 001856 | RCB-BANKS 001856 | | |
| 524 | 220018919 Perfectly Mint.pdf | RCB-BANKS 001830 | RCB-BANKS 001830 | 4/2/25 | 4/2/25 |
| 525 | 220018918 PM-BT.pdf | RCB-BANKS 001884 | RCB-BANKS 001884 | | |
| 526 | 220014418 -EB #TP.pdf | RCB-BANKS 001831 | RCB-BANKS 001831 | 4/3/25 | 4/3/25 |

| | | | | | |
|---|---|---|---|---|---|
| 527 | 220014419 -EB #TP.pdf | RCB-BANKS 001836 | RCB-BANKS 001836 | | |
| 528 | BIGELOW-220014516 GTL (1).pdf | RCB-BANKS 001889 | RCB-BANKS 001889 | | |
| 529 | 220014517 GTL.pdf | RCB-BANKS 001794 | RCB-BANKS 001794 | | |
| 530 | 220014518-GTL-BT.pdf | RCB-BANKS 001809 | RCB-BANKS 001809 | | |
| 531 | BIG-220014519-GTL-BT.pdf | RCB-BANKS 001850 | RCB-BANKS 001850 | 4/2/25 | 4/2/25 |
| 532 | 220014545_GT wLemon.pdf | RCB-BANKS 014072 | RCB-BANKS 014072 | | |
| 533 | 220016216 VC BT.pdf | RCB-BANKS 001869 | RCB-BANKS 001869 | | |
| 534 | 220016217 Vanilla Chai BT.pdf | RCB-BANKS 001791 | RCB-BANKS 001791 | | |
| 535 | 220016218 Vanilla Chai.pdf | RCB-BANKS 001806 | RCB-BANKS 001806 | | |
| 536 | 220016245 Vanilla Chai.pdf | RCB-BANKS 014177 | RCB-BANKS 014177 | | |
| 537 | 220016116_20ctSpicedChaiBT .pdf | RCB-BANKS 001874 | RCB-BANKS 001874 | | |
| 538 | 220016117 SpicedChaiBT.pdf | RCB-BANKS 001792 | RCB-BANKS 001792 | | |
| 539 | 220016118 Spiced Chai.pdf | RCB-BANKS 001805 | RCB-BANKS 001805 | | |
| 540 | BIG-220016119 Spiced Chai.pdf | RCB-BANKS 001851 | RCB-BANKS 001851 | 4/2/25 | 4/2/25 |
| 541 | BIG-220016145 Spiced Chai.pdf | RCB-BANKS 014178 | RCB-BANKS 014178 | | |
| 542 | 220084716 GT.pdf | RCB-BANKS 001863 | RCB-BANKS 001863 | | |
| 543 | 220084718 GT.pdf | RCB-BANKS 001793 | RCB-BANKS 001793 | | |
| 544 | 220084719(P5) Green Tea.pdf | RCB-BANKS 001808 | RCB-BANKS 001808 | 4/2/25 | 4/2/25 |
| 545 | 220084720(P5) Green Tea.pdf | RCB-BANKS 001839 | RCB-BANKS 001839 | | |
| 546 | 220084745_GTC.pdf | RCB-BANKS 014071 | RCB-BANKS 014071 | | |
| 547 | 220016916 VanCar-BT.pdf | RCB-BANKS 001870 | RCB-BANKS 001870 | | |
| 548 | 220016917 VanCar BT.pdf | RCB-BANKS 001795 | RCB-BANKS 001795 | | |

| | | | | | |
|---|---|---|---|---|---|
| 549 | 220016918 VC-BT.pdf | RCB-BANKS 001804 | RCB-BANKS 001804 | | |
| 550 | BIG-220016945_PROOF.pdf | RCB-BANKS 014180 | RCB-BANKS 014180 | | |
| 551 | 220016517 FrVan-BT.pdf | RCB-BANKS 001864 | RCB-BANKS 001864 | | |
| 552 | 220016518 FrVan BT.pdf | RCB-BANKS 001796 | RCB-BANKS 001796 | | |
| 553 | 220016519 FV-BT.pdf | RCB-BANKS 001807 | RCB-BANKS 001807 | | |
| 554 | BIG-220016545_PROOF.pdf | RCB-BANKS 014179 | RCB-BANKS 014179 | | |
| 555 | 220018215 Lemon Echinacea 18ct.pdf | RCB-BANKS 001847 | RCB-BANKS 001847 | | |
| 556 | 220019718 LL-BT.pdf | RCB-BANKS 001835 | RCB-BANKS 001835 | | |
| 557 | 220019719 LL-BT.pdf | RCB-BANKS 001837 | RCB-BANKS 001837 | | |
| 558 | 220427717 ETT Decaf #TP.pdf | RCB-BANKS 001828 | RCB-BANKS 001828 | | |
| 559 | 220422318 EGDecaf.pdf | RCB-BANKS 001868 | RCB-BANKS 001868 | | |
| 560 | 220422319 EGDecaf.pdf | RCB-BANKS 001829 | RCB-BANKS 001829 | | |
| 561 | 220429718 LLD.pdf | RCB-BANKS 001832 | RCB-BANKS 001832 | | |
| 562 | 220424517 GTLD.pdf | RCB-BANKS 001825 | RCB-BANKS 001825 | | |
| 563 | 2F0035817 CTP ACT.pdf | RCB-BANKS 014907 | | | |
| 564 | 2F0035819 CTG ACT.pdf | RCB-BANKS 014908 | | 4/3/25 | 4/3/25 |
| 565 | 220135415 Tea for the Troops.pdf | RCB-BANKS 014909 | | | |
| 566 | 220135416 Tea for the Troops.pdf | RCB-BANKS 014910 | | | |
| 567 | 225735445 Tea for the Troops.pdf | RCB-BANKS 014911 | | 4/2/25 | 4/2/25 |
| 568 | PHYSICAL CARTON of Tea for the Troops (2023-01-09) -- RCB-BANKS 014911 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 569 | 220125400 Tea for the Troops.pdf | RCB-BANKS 014912 | | | |
| 570 | BIGELOW-250012417 PROOF ONLY.pdf | RCB-BANKS 001888 | RCB-BANKS 001888 | | |
| 571 | BIGELOW-250012418_PROOF.pdf | RCB-BANKS 001782 | RCB-BANKS 001782 | | |
| 572 | EG-40ct-v14-050719.pdf | RCB-BANKS 001824 | RCB-BANKS 001824 | | |
| 573 | EG-100ct-15T199A-VIEW.pdf | RCB-BANKS 001883 | RCB-BANKS 001883 | | |
| 574 | 975696_2Z1002317_proof_R1.pdf | RCB-BANKS 001789 | RCB-BANKS 001790 | | |
| 575 | 2Z1002318_Earl Grey 100CT_1139149_proof_rev1.pdf | RCB-BANKS 001842 | RCB-BANKS 001844 | | |
| 576 | 2Z1002319_1145088.pdf | RCB-BANKS 001853 | RCB-BANKS 001854 | | |
| 577 | Bigelow Home .pdf | RCB-BANKS014254 | RCB-BANKS014254 | | |
| 578 | DEMONSTRATIVE -- Physical Card for RCB-BANKS 014254 | | | | |
| 579 | DEMONSTRATIVE -- Physical Object for RCB-BANKS 014254 | | | 4/3/25 | 4/3/25 |
| 580 | ECF 52-2 - EX. A TO MCCRAW DECL. Depo Ex. 26 - Press Release from Webpage - "About Bigelow Tea" | RCB-BANKS 014880 | RCB-BANKS 014882 | | |

| | | | | | |
|---|---|---|---|---|---|
| 581 | ECF 52-6 - EX. M TO MCCRAW DECL. Press Release from Webpage - "Our Company History" | RCB-BANKS 014890 | RCB-BANKS 014892 | | |
| 582 | Tab 5 Flow Diagram Blending.docx C. Bigelow Depo Ex. 10 | RCB-BANKS 012946 | RCB-BANKS 012949 | | |
| 583 | Tab 5 Flow Diagram Production.pdf | RCB-BANKS 012968 | RCB-BANKS 012971 | | |
| 584 | Fairfield Plant Food Safety and Quality Plan.pdf Bigelow MSJ Exhibit I | RCB-BANKS 013510 | RCB-BANKS 013530 | 4/2/25 | 4/2/25 |
| 585 | RFP #63 - #65 Louisville Plant Food Safety and Quality Plan.pdf Bigelow MSJ Exhibit J | RCB-BANKS 014101 | RCB-BANKS 014126 | | |
| 586 | RFP #63 - #65 Boise Plant Food Safety and Quality Plan.pdf Bigelow MSJ Exhibit K | RCB-BANKS 014127 | RCB-BANKS 014150 | | |
| 587 | Fairfield Blending Food Safety and Quality Plan.pdf Bigelow MSJ Exhibit L | RCB-BANKS 014085 | RCB-BANKS 014100 | 4/2/25 | 4/2/25 |
| 588 | Process Flow and Process Description - Manufacturing (FP) Food Safety and Quality Plan.pdf | RCB-BANKS 013025 | RCB-BANKS 013027 | | |

| | | | | | |
|---|---|---|---|---|---|
| 589 | Process Flow and Process Description - Blending (FP) Food Safety and Quality Plan.pdf | RCB-BANKS 013028 | RCB-BANKS 013030 | | |
| 590 | ECF 52-3 - EX. E TO MCCRAW DECL.<br>Bigelow Webpage - "What is the Difference Between Black Tea, Green Tea, White Tea, and Oolong Tea?" | RCB-BANKS 014883 | RCB-BANKS 014884 | | |
| 591 | ECF 52-4 - EX. F TO MCCRAW DECL.<br>Bigelow Webpage - "Cindi's Journey to Sri Lanka" | RCB-BANKS 014885 | RCB-BANKS 014886 | | |
| 592 | ECF 52-5 - EX. G TO MCCRAW DECL.<br>Bigelow Webpage - "Tea of Sri Lanka" | RCB-BANKS 014887 | RCB-BANKS 014889 | 4/3/25 | 4/3/25 |
| 593 | 4061 Walmart Ainsley Duck Jan 2017.pdf | RCB-BANKS 013770 | RCB-BANKS 013809 | 4/3/25 | 4/3/25 |
| 594 | FYTD18 Sales Performance - 2nd Trimester SIP Meeting 3_18 (2).pdf<br>Costello Depo Ex. 5 | RCB-BANKS 008784 | RCB-BANKS 008826 | 4/3/25 | 4/3/25 |
| 595 | 3FDFA895.pptx<br>Bigelow Tea Brand Guide | RCB-BANKS 012910 | RCB-BANKS 012945 | 4/2/25 | 4/2/25 |

| | | | | | |
|---|---|---|---|---|---|
| 596 | Virtual Tea Education Sports Hub 3.18.21.pdf Plaintiffs MSJ Exhibit 34 / Bigelow MSJ Exhibit D / McCraw Depo Ex. 28 | RCB-BANKS 005780 | RCB-BANKS 005797 | | |
| 597 | RuthCampbellBigelow.jpg | RCB-BANKS014271 | RCB-BANKS014271 | 4/3/25 | 4/3/25 |
| 598 | 16.Tin Circa 1950.png | RCB-BANKS014266 | RCB-BANKS014266 | | |
| 599 | 5. Early Handpainted Constant Comment Tin.png | RCB-BANKS014267 | RCB-BANKS014267 | | |
| 600 | mrs_and_mrs_bigelow_sr-2.jpg | RCB-BANKS014270 | RCB-BANKS014270 | 4/3/25 | 4/3/25 |
| 601 | 12a. hoyt st-1.jpg | RCB-BANKS014265 | RCB-BANKS014265 | 4/3/25 | 4/3/25 |
| 602 | Merwin Building.jpg | RCB-BANKS014269 | RCB-BANKS014269 | | |
| 603 | Mr and Mrs Bigelow_disario-160517-sean-tracey-bigelow-tea-1016[2].jpg | RCB-BANKS014262 | RCB-BANKS014262 | 4/3/25 | 4/3/25 |
| 604 | American_Boise_Employees_TeaProudly.jpg | RCB-BANKS014263 | RCB-BANKS014263 | 4/3/25 | 4/3/25 |
| 605 | American_Fairfield_Employees_#TeaProudly.jpg | RCB-BANKS014260 | RCB-BANKS014260 | 4/3/25 | 4/3/25 |
| 606 | American_Louisville_Employees_#TeaProudly.jpg | RCB-BANKS014264 | RCB-BANKS014264 | 4/3/25 | 4/3/25 |
| 607 | Bigelow Family 2008 (1).JPG | RCB-BANKS014268 | RCB-BANKS014268 | | |
| 608 | disario-160517-sean-tracey-bigelow-tea-973[1].jpg | RCB-BANKS014261 | RCB-BANKS014261 | | |
| 609 | Family Business - Magazine Article.pdf | RCB-BANKS014255 | RCB-BANKS014259 | | |
| 610 | 2 - MerwynSt.jpg | RCB-BANKS 014893 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 611 | 3a - WhiffJar1.jpg | RCB-BANKS 014894 | | | |
| 612 | 1b - RCB Writing Card.jpg | RCB-BANKS 014895 | | | |
| 613 | 1a - RCB Typewriter.jpg | RCB-BANKS 014896 | | | |
| 614 | 3b - 2Ladies_OldGoldTin_300dpi.jpg | RCB-BANKS 014897 | | 4/3/25 | 4/3/25 |
| 615 | 1c - 1959 DCB with Parents.jpg | RCB-BANKS 014898 | | | |
| 616 | 3c - 2ozTin.png | RCB-BANKS 014899 | | | |
| 617 | Sri_Lanka_Fields.mp4 | RCB-BANKS 014900 | | | |
| 618 | JOURNEY THROUGH INDIA REVISED APRIL 7.mov | RCB-BANKS 014901 | | | |
| 619 | BT180505_vid_DA6_C_Earl Grey Ingredient Video.mp4 | RCB-BANKS 014902 | | | |
| 620 | Cindi in Organic tea garden China.MOV | RCB-BANKS 014903 | | | |
| 621 | WTNH_Bigelow_Sri Lanka.mp4 | RCB-BANKS 014904 | | | |
| 622 | WTNH_Bigelow_Italy.mp4 | RCB-BANKS 014905 | | | |
| 623 | Bigelow Tea Localish FINAL.mp4 | RCB-BANKS 014906 | | | |
| 624 | 2022-02-24 Retail Core Pricing History as PDF.pdf | RCB-BANKS 012907 | RCB-BANKS 012907 | 4/2/25 | |

| | | | | | |
|---|---|---|---|---|---|
| 625 | DEMONSTRATIVE -- Consolidated Graph of Pricing as Function of Time (With Dates of Label Changes Identified) | | | | |
| 626 | DEMONSTRATIVE -- Graph / Chart of Bigelow Pricing as Function of Time Compared to Market (With Dates of Label Changes Identified) | | | | |
| 627 | 100% Bug for the Back of Box.msg | RCB-BANKS 011486 | RCB-BANKS 011486 | | |
| 628 | American Bugs.jpg | RCB-BANKS 011487 | RCB-BANKS 011487 | | |
| 629 | 100% Bug.msg | RCB-BANKS 002962 | RCB-BANKS 002962 | | |
| 630 | 100%-Logo.png<br>Plaintiffs MSJ Exhibit 8 / C. Bigelow Depo Ex. 6 | RCB-BANKS 002963 | RCB-BANKS 002963 | | |
| 631 | RE: Form Submission - Contact Us Form - teas.msg | RCB-BANKS 011100 | RCB-BANKS 011101 | | |
| 632 | FW: American Made Email Per Meeting.msg<br>Costello Depo Ex. 19 (part 1) | RCB-BANKS 005517 | RCB-BANKS 005517 | | |
| 633 | cc bigelow email_6_25_19 American Made.pptx<br>Costello Depo Ex. 19 (part 2) | RCB-BANKS 005518 | RCB-BANKS 005520 | 4/3/25 | 4/3/25 |
| 634 | Celebrate July 4th With Bigelow Tea.msg | RCB-BANKS 003109 | RCB-BANKS 003114 | | |

Case 2:20-cv-06208-DDP-RAO Documen[illegible]0 Filed 03/28/25 Page 22 of 32 Page ID #:[illegible]262

| | | | | | |
|---|---|---|---|---|---|
| 635 | Re: Consumer Email - Thoughts on Responding?.msg | RCB-BANKS 001480 | RCB-BANKS 001481 | | |
| 636 | RE: Consumer Email - Thoughts on Responding?.msg | RCB-BANKS 002401 | RCB-BANKS 002402 | | |
| 637 | FB China Complaint.msg | RCB-BANKS000119 | RCB-BANKS000119 | | |
| 638 | FTC Made in USA.docx | RCB-BANKS 011182 | RCB-BANKS 011185 | | |
| 639 | Re: Class Action Inquiry?.msg | RCB-BANKS000027 | RCB-BANKS000028 | | |
| 640 | RE: info.msg<br>Plaintiff MSJ Ex. 3 / Costello Depo Ex. 13 | RCB-BANKS 000392 | RCB-BANKS 000392 | | |
| 641 | Re: Origin of CC Consumer Follow-up Call .msg | RCB-BANKS 000672 | RCB-BANKS 000673 | | |
| 642 | FW: Announcement - Update to Perfectly Mint Timing - Perfectly Mint copy & imagery below.msg<br>Costello Depo Ex. 9 | RCB-BANKS 003265 | RCB-BANKS 003268 | 4/2/25 | 4/2/25 |
| 643 | RE: Announcement - Update to Perfectly Mint Timing - Perfectly Mint copy & imagery below.msg | RCB-BANKS 003278 | RCB-BANKS 003281 | | |
| 644 | Need to change copy on bullet 4 ASAP .msg | RCB-BANKS009221 | RCB-BANKS009221 | | |
| 645 | Re: LS - USA.msg | RCB-BANKS 000040 | RCB-BANKS 000040 | | |
| 646 | Re: LS USA Question.msg<br>Plaintiffs MSJ Exhibit 33 / Bigelow MSJ Exhibit H / McCraw Depo Ex. 27 | RCB-BANKS 001951 | RCB-BANKS 001951 | | |

| | | | | | |
|---|---|---|---|---|---|
| 647 | China Phone Call.msg | RCB-BANKS 011204 | RCB-BANKS 011204 | | |
| 648 | Re: Source and Packaging Email.msg | RCB-BANKS 000045 | RCB-BANKS 000046 | | |
| 649 | Fwd: LS Charleston and Bigelow Teas Grown.msg | RCB-BANKS000049 | RCB-BANKS000049 | | |
| 650 | Green - Made in USA Complaint.msg | RCB-BANKS 002488 | RCB-BANKS 002488 | | |
| 651 | Made in USA.msg | RCB-BANKS002489 | RCB-BANKS002489 | | |
| 652 | RE: Made in USA.msg | RCB-BANKS 002492 | RCB-BANKS 002492 | | |
| 653 | InkedCC Box Image_LI.jpg | RCB-BANKS 002493 | RCB-BANKS 002493 | | |
| 654 | Consumer Data Report Overview FY20 4th Qtr.docx | RCB-BANKS 002524 | RCB-BANKS 002525 | | |
| 655 | Re: 100% Bug.msg Costello Depo Ex. 10 (part 1) | RCB-BANKS 007428 | RCB-BANKS 007428 | | |
| 656 | DAM.msg | RCB-BANKS 003315 | RCB-BANKS 003315 | | |
| 657 | FB Response: Made in USA.msg | RCB-BANKS 002664 | RCB-BANKS 002664 | | |
| 658 | Bigelow carefully sources over 200 botanicals from around the world.docx | RCB-BANKS 002665 | RCB-BANKS 002665 | | |
| 659 | RE: China and Origin of flavors.msg | RCB-BANKS 000147 | RCB-BANKS 000149 | | |
| 660 | Re: Consumer Email on Origin .msg | RCB-BANKS 000051 | RCB-BANKS 000052 | | |
| 661 | RE: Made in USA.msg | RCB-BANKS 000702 | RCB-BANKS 000703 | | |
| 662 | Re: Made in USA and China Concern.msg | RCB-BANKS 001504 | RCB-BANKS 001504 | | |

| | | | | | |
|---|---|---|---|---|---|
| 663 | RE: Made in USA and Natural Inquiry Still Pending.msg | RCB-BANKS 000714 | RCB-BANKS 000715 | | |
| 664 | Re: China and American Company - Consumer Email.msg | RCB-BANKS 001506 | RCB-BANKS 001507 | | |
| 665 | RE: Made in USA Inquiry Consumer Email.msg | RCB-BANKS 001510 | RCB-BANKS 001510 | | |
| 666 | Bigelow Response to ROGs (Set 4) | | | | |
| 667 | ~~DEMONSTRATIVE --~~ Consolidated Chart of Label Approval Dates and First Ship-To Dates | | | 4/2/25 | 4/2/25 |
| 668 | Photo of Stash Tea | BANKS000007 | | | |
| 669 | Photo of Twinings Tea | BANKS000008 | | | |
| 670 | Photo of GoodEarth, Numi, and Mighty Leaf Tea | BANKS000009 | | | |
| 671 | Photo of Tazo Tea | BANKS000010 | | | |
| 672 | Photos of Bigelow Teas (from Plaintiff) Cantwell Depo Ex. 4 (Matcha, Vanilla, CC) | BANKS000026 | BANKS000031 | 4/2/25 | 4/2/25 |
| 673 | Photos of Bigelow Teas (from Plaintiff) Cantwell Depo Ex. 3 (EG, EG Decaf, and ETT) | BANKS000032 | BANKS000037 | 4/2/25 | 4/2/25 |

| | | | | | |
|---|---|---|---|---|---|
| 674 | Photo of Great Value Tea<br>Banks Depo Ex. 3 (Great Value) | BANKS000038 | | | |
| 675 | Photo of Yogi and TradMed Tea<br>Banks Depo Ex. 5 (Yogi + Traditional Medicinals) | BANKS000039 | | | |
| 676 | Photo of Trader Joe's Tea<br>Banks Depo Ex. 4 (Trader Joes) | BANKS000040 | | | |
| 677 | Photos of Bigelow Teas (from Plaintiff)<br>Banks Depo Ex. 9 (ETT and EG) | BANKS000041 | BANKS000046 | | |
| 678 | Banks Response to ROGs (Set 1) / Banks Depo Ex. 16 | | | | |
| 679 | Banks Supp. Response to ROGs (Set 1) / Banks Depo Ex. 17 | | | | |
| 680 | Banks Response to RFP (Set 1) / Banks Depo Ex. 18 | | | | |
| 681 | Banks Supp. Response to RFP (Set 1) / Banks Depo Ex. 19 | | | | |
| 682 | Banks Response to ROG (Set 2) / Banks Depo Ex. 20 | | | | |
| 683 | 2022-07-19 Deposition of Kimberly Banks -- Transcript | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 684 | 2022-07-19 Deposition of Kimberly Banks -- Video | | | | |
| 685 | Cantwell Response to RFP (Set 1) / Cantwell Depo Ex. 10 | | | | |
| 686 | Cantwell Supp. Response to RFP (Set 1) / Cantwell Depo Ex. 11 | | | | |
| 687 | Cantwell Response to RFP (Set 2) / Cantwell Depo Ex. 12 | | | | |
| 688 | Cantwell Response to ROG (Set 1) / Cantwell Depo Ex. 13 | | | | |
| 689 | Cantwell Supp. Response to ROG (Set 1) / Cantwell Depo Ex. 14 | | | | |
| 690 | Cantwell Response to ROG (Set 2) / Cantwell Depo Ex. 15 | | | | |
| 691 | 2022-07-21 Deposition of Carol Cantwell -- Transcript | | | | |
| 692 | 2022-07-21 Deposition of Carol Cantwell -- Video | | | | |
| 693 | ECF 54-14 -- Aug. 19, 2022 Expert Report of Bruce Strombom | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 694 | Maria L. Loureiro and Wendy J. Umberger, Estimating Consumer Willingness to Pay for Country-of-Origin Labeling, Journal of Agricultural and Resource Economics 28(2):287-301 (2003) | RCB-BANKS-BS-000630 | RCB-BANKS-BS-000645 | | |
| 695 | Consumers' Preferences for Geographical Origin Labels: Evidence from the Canadian Olive Oil Market. Menapace, Luisa, et al, European Review of Agricultural Economics 38(2) (2011):193–212 | | | | |
| 696 | Estimating Consumers' Willingness to Pay for Health Food Claims: A Conjoint Analysis, Mitsunori Hirogaki, International Journal of Innovation, Management and Technology, Vol. 4, No. 6, December 2013 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 697 | Evaluation of Packing Attributes of Orange Juice on Consumers' Intention to Purchase by Conjoint Analysis and Consumer Attitudes Expectation, Gadioli, I. L. et al., Journal of Sensory Studies 28 (2013):57-65 | | | | |
| 698 | Allenby, G. M., J. Brazell, J.R. Howell, and P.E. Rossi (2014), "Valuation of Patented Product Features," Journal of Law and Economics, Vol. 57, No. 3: 629-663. | RCB-BANKS-BS-000105 | RCB-BANKS-BS-000153 | | |
| 699 | Orme, Bryan (2020). "Getting Started with Conjoint Analysis: Strategies for Product Design and Pricing Research," Fourth Edition, Research Publishers LLC[1] | RCB-BANKS-BS-000685 | RCB-BANKS-BS-000714 | | |
| 700 | Orme, Bryan K. and Keith Chrzan (2017), "Becoming An Expert In Conjoint Analysis – Choice Modelling for Pros," Sawtooth Software, Inc.. | RCB-BANKS-BS-000715 | RCB-BANKS-BS-000724 | | |

| | | | | | |
|---|---|---|---|---|---|
| 701 | Allenby, Greg, et al., "Using Conjoint Analysis to Determine the Market Value of Product Features," Proceedings of Sawtooth Software Conference, October 2013[2] | RCB-BANKS-BS-000154 | RCB-BANKS-BS-000537 | | |
| 702 | Strombom Report - Figure 2 | | | | |
| 703 | Strombom Report - Figure 3 | | | | |
| 704 | Strombom Report - Figure 4 | | | | |
| 705 | Strombom Report - Figure 5 | | | | |
| 706 | Strombom Report - Figure 6 | | | | |
| 707 | Strombom Report - Figure 7 | | | | |
| 708 | Strombom Report - Figure 8 | | | | |
| 709 | Strombom Report - Exhibit 1 | | | | |
| 710 | Strombom Report - Exhibit 2.1 | | | | |
| 711 | Strombom Report - Exhibit 2.2 | | | | |
| 712 | Strombom Report - Exhibit 3 [3.1 to 3.3] | | | | |
| 713 | Strombom Report - Exhibit 4 [4.1 to 4.3] | | | | |
| 714 | Strombom Report - Exhibit 5 [5.1 to 5.3] | | | | |
| 715 | Strombom Report - Exhibit 6 [6.1 to 6.3] | | | | |
| 716 | ECF 54-13 -- Aug. 12, 2022 Expert Report of Sarah Butler | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 717 | Bernstein, D. H., and Keller, B. P. (2022). "Survey Evidence in False Advertising Cases," Trademark and Deceptive Advertising Surveys: Law, Science, and Design, Second Edition; edited by Diamond, S. S. and Swann, J. B., pp. 187-235. | | | | |
| 718 | Diamond, S. S. (2011). "Reference Guide on Survey Research." Reference Manual on Scientific Evidence, Committee on the Development of the Third Edition of the Reference Manual on Scientific Evidence; Federal Judicial Center; National Research Council, pp. 361-423. | | | | |
| 719 | DEMONSTRATIVE -- Slides for Butler Examination | | | | |
| 720 | In re: Amla Litig., Case No. 16-cv-6593 (S.D.N.Y.) at ECF 335 -- Transcript for Hearing on 2019-01-22 (MIL to Exclude Weir) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 721 | In re: Amla Litig., Case No. 16-cv-6593 (S.D.N.Y.) at ECF 260-1 -- Excerpts of 2018-11-28 Deposition of Colin Weir | | | | |
| 722 WITHDRAWN (Now Joint Ex. 16) | P Subpoena to IRI | BANKS00049 | BANKS00054 | | |
| 723 | 2021-12-14 Letter to P from IRI Counsel | BANKS00055 | BANKS00057 | | |
| 724 WITHDRAWN (Now Joint Ex. 17) | Dec. 2021 IRI Proposal to P - Signed | BANKS00058 | BANKS00061 | | |
| 725 WITHDRAWN (Now Joint Ex. 18) | Dec. 2021 IRI Proposal to P - Unsigned | BANKS00062 | BANKS00065 | | |

| | | | | | |
|---|---|---|---|---|---|
| 726 WITHDRAWN (Now Joint Ex. 19) | Aug. 2023 IRI Proposal to P - Signed | BANKS00066 | BANKS00069 | | |
| 727 WITHDRAWN (Now Joint Ex. 20) | 2021 Emails b/w P Counsel and IRI Counsel | BANKS00070 | BANKS00076 | | |
| 728 WITHDRAWN (Now Joint Ex. 21) | 2023 Emails b/w P Counsel and IRI Counsel | BANKS00077 | BANKS00082 | | |
| 729 WITHDRAWN (Now Joint Ex. 22) | Copy of USA CA Class Action Case Report - Nielsen Report - 9 items.xlsx | RCB-BANKS 014176 | | | |

**PLAINTIFFS' UPDATED WITNESS LIST**

Plaintiffs Kimberly Banks and Carol Cantwell ("Plaintiffs"), on behalf of themselves and the Class, submit this updated witness list pursuant to LR 16-5 and Fed. R. Civ. P. 26(a)(3)(A).

1. Plaintiff Carol Cantwell 4/2/25 c/s/T; ΔX

   c/o The Wand Law Firm, P.C.
   100 Oceangate, Suite 1200
   Long Beach, CA 90802
   (310) 590-4503

2. Plaintiff Kimberly Banks 4/1/25 c/s/T; ΔX

   c/o The Wand Law Firm, P.C.
   100 Oceangate, Suite 1200
   Long Beach, CA 90802
   (310) 590-4503

3. Robert Porod (corporate representative of Circana, Inc.)[1]

   c/o David Becker, Dickinson Wright PLLC 4/4/25 C/S/T by video deposition
   55 West Monroe Street, Suite 1200
   Chicago, IL 60603
   (312) 377-7881

4. Colin B. Weir (Plaintiffs' expert witness) 4/4/25 C/S/T; ΔX by stipulation on the record

   Economics and Technology, Inc.
   100 Franklin Street, 6th Floor
   Boston, MA 02110
   617-598-2226

[1] Either via live testimony or deposition designated under Fed. R. Civ. P. 26(a)(3)(A)(ii).

5. Aubry Wand (Plaintiffs' co-counsel)
The Wand Law Firm, P.C.
100 Oceangate, Suite 1200
Long Beach, CA 90802
(310) 590-4503
6. Cindi Bigelow (President and CEO of R.C. Bigelow, Inc.) 4/3/25 C/S/T; ΔX; π Redirect; Δ's ReX
c/o Gordon Rees Scully Mansukhani
101 W. Broadway, Suite 2000
San Diego, CA 90071
(619) 696-6700
7. Christopher Costello (VP of Sales and Marketing for R.C. Bigelow, Inc. / Rule 30(b)(6) designee) 4/2/25 C/S/T; ΔX; π Redirect
c/o Gordon Rees Scully Mansukhani
101 W. Broadway, Suite 2000
San Diego, CA 90071
(619) 696-6700
8. John McCraw (Former VP of the Tea Division for R.C. Bigelow, Inc. / Rule 30(b)(6) designee) 4/2/25 C/S/T; ΔX; π Redirect
c/o Gordon Rees Scully Mansukhani
101 W. Broadway, Suite 2000
San Diego, CA 90071
(619) 696-6700
9. Bruce Stombom* (Bigelow's expert witness)[2]
Analysis Group
333 South Hope Street

[2] Pursuant to L.R. 16-5, the asterisk denotes the names of those witnesses who Plaintiffs may call only if the need arises.

Los Angeles, CA 90071

213-896-4520

10. Sarah Butler* (Bigelow's expert witness)

NERA

4 Embarcadero, Suite 400

San Francisco, CA 94111

415-291-1022

DATED: March 3, 2025

Respectfully submitted,

**THE WAND LAW FIRM, P.C.**

By: /s/ Aubry Wand
Aubry Wand

**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
Todd M. Schneider
Peter Schneider
Jason H. Kim

*Attorneys for Plaintiffs and the Class*

Pursuant to Fed. R. Civ. P. 26(a)(3)(A) and C.D. Cal. L.R. 16-5, Defendant R.C. Bigelow, Inc. ("Bigelow") hereby provides the following list of witnesses that it anticipates calling at trial, other than those contemplated to be used solely for impeachment. Bigelow reserves the right to supplement, alter, or amend this witness list.

1. Kimberly Banks
2. Carol Cantwell
3. Cynthia Bigelow 4/3/25 c/s π; πX; Δ's Redirect
4. Christopher Costello
5. Bruce Strombom 4/7/25 c/s/t; πX; Δ's Re direct; πReX
6. Sarah Butler 4/7/25
7. Kathy Pangrac[1]
8. John McCraw*[2]
9. Steve Christianson*
   501 W. Broadway, Suite 2020
   San Diego CA 92101
   619-398-3224
10. J. Michael Dennis*
11. Colin Weir*

DATED: September 20, 2024 GORDON REES SCULLY MANSUKHANI

/s/ Timothy K. Branson
Timothy K. Branson
Thomas R. Watson
Patrick J. Mulkern
Attorneys for Defendant
R.C. BIGELOW, INC.

[1] Bigelow anticipates presenting her via deposition designated under Fed. R. Civ. P. 26(a)(3)(A)(ii).

[2] Pursuant to C.D. Cal. L.R. 16-5, Bigelow utilizes the asterisks to denote witnesses who it may call if the need arises.

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101