| | |
|---|---|
| **SCHNEIDER WALLACE COTTRELL KONECKY LLP**<br>Todd M. Schneider (SBN 158253)<br>Peter B. Schneider (admitted *Pro Hac Vice*)<br>Jason H. Kim (SBN 220279)<br>2000 Powell Street, Suite 1400<br>Emeryville, CA 94608<br>Telephone: (415) 421-7100<br>Email: tschneider@schneiderwallace.com<br>     pschneider@schneiderwallace.com<br>     jkim@schneiderwallace.com | **THE WAND LAW FIRM, P.C.**<br>Aubry Wand (SBN 281207)<br>100 Oceangate, Suite 1200<br>Long Beach, CA 90802<br>Telephone: (310) 590-4503<br>Email: awand@wandlawfirm.com |

*Attorneys for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KIMBERLY BANKS and CAROL CANTWELL, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>R.C. BIGELOW, INC., a corporation; and DOES 1 through 10, inclusive,<br><br>            Defendants. | CASE NO.: 2:20-cv-06208-DDP (RAOx)<br><br>**PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT WITH INTEREST**<br><br>Date:  June 2, 2025<br>Time:  10:00 a.m.<br>Place:  Courtroom 9C<br>       350 W 1st Street<br>       Los Angeles, CA 90012 |

PLEASE TAKE NOTICE THAT on June 2, 2025 at 10:00 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Dean D. Pregerson, of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, CA. 90012, Courtroom 9C, Plaintiffs Kimberly Banks and Carol Cantwell ("Plaintiffs") will move the Court, pursuant to Rule 58(d) of the Federal Rules of Civil Procedure and Civil Local Rule 58, for the entry of judgment in favor of Plaintiffs and the Class, with interest.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on April 16, 2025.

This Motion is based upon the accompanying Memorandum of Points and Authorities, and the declarations, exhibits, and Proposed Judgment submitted herewith. In addition to relying on these documents, Plaintiffs intend to rely on arguments of counsel, and the complete pleadings and files in this action.

DATED: May 5, 2025

Respectfully submitted,

**THE WAND LAW FIRM, P.C.**

By: /s/ Aubry Wand
    Aubry Wand

**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
Todd M. Schneider
Peter B. Schneider
Jason H. Kim

*Attorneys for Plaintiffs and the Class*