UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 22 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KIMBERLY BANKS, on behalf of themselves and all others similarly situated and CAROL CANTWELL, on behalf of themselves and all others similarly situated,

Plaintiffs - Appellees,

v.

R.C. BIGELOW, INC., a corporation,

Defendant - Appellant,

and

DOES, 1 through 10, inclusive,

Defendant.

No. 25-5911

D.C. No.
2:20-cv-06208-SVW-RAO
Central District of California, Los Angeles

ORDER

This appeal was administratively closed. The appeal is reopened.

Pursuant to the terms of the parties' stipulation (Docket Entry No. 39), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The appeal is dismissed without prejudice to reinstatement in the event the class action settlement does not receive preliminary or final approval by the district court or if any approval is reversed by any appellate court of review.

Reinstatement shall be by notice filed by any party in this court and served on the other parties and the Circuit Mediator within 28 days of a denial of

approval. If no **timely** notice of reinstatement is filed and served, the appeal will be deemed dismissed with prejudice.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Roxane Ashe
Circuit Mediator