**SCHNEIDER WALLACE COTTRELL KIM LLP**
Todd M. Schneider (SBN 158253)
Peter B. Schneider (Admitted *Pro Hac Vice*)
Jason H. Kim (SBN 220279)
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Email: tschneider@schneiderwallace.com
pschneider@schneiderwallace.com
jkim@schneiderwallace.com

**THE WAND LAW FIRM, P.C.**
Aubry Wand (SBN 281207)
100 Oceangate, Suite 1200
Long Beach, CA 90802
Telephone: (310) 590-4503
Email: awand@wandlawfirm.com

*Attorneys for Plaintiffs and the Class*

**GORDON REES SCULLY MANSUKHANI**
Timothy K. Branson (SBN 187242)
Thomas R. Watson (SBN 227264)
Patrick J. Mulkern (SBN 307272)
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7789
Facsimile: (619) 696-7124
E-mail: tbranson@grsm.com
twatson@grsm.com
pmulkern@grsm.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| KIMBERLY BANKS and CAROL CANTWELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>R.C. BIGELOW, INC., a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-06208-SVW (RAOx)<br><br>**JOINT NOTICE OF SETTLEMENT** |

# JOINT NOTICE OF SETTLEMENT

Plaintiffs Kimberly Banks and Carol Cantwell ("Plaintiffs") and Defendant R.C. Bigelow, Inc. ("Bigelow") (collectively, "the Parties"), by and through their respective counsel of record, are pleased to inform the Court that they have reached a settlement, which if approved by the Court, will resolve this action in its entirety.

On July 22, 2026, the Ninth Circuit granted the Parties' Stipulation and Joint Motion to Dismiss Bigelow's Appeal Without Prejudice to Reinstatement, and it issued a mandate that vests jurisdiction back to this Court.

The Parties are currently in the process of drafting and executing a long form settlement agreement. Accordingly, and no later than August 27, 2026, (1) Plaintiffs intend to file an unopposed motion for preliminary approval, and (2) Bigelow intends to file an unopposed motion seeking return of the letter of credit pending settlement approval.

In light of the foregoing, the Parties respectfully request that the Court lift the stay that it had issued pending the Appeal (ECF No. 297) so that it may consider the foregoing motions and other motions related to the settlement.

DATED: July 27, 2026

**THE WAND LAW FIRM, P.C.**

By: /s/ Aubry Wand
Aubry Wand

**SCHNEIDER WALLACE COTTRELL KIM LLP**
Todd M. Schneider
Peter B. Schneider
Jason H. Kim

*Attorneys for Plaintiffs and the Class*

DATED: July 27, 2026

**GORDON REES SCULLY MANSUKHANI**

By: /s/ Timothy K. Branson
Timothy K. Branson
Patrick J. Mulkern
Thomas R. Watson

*Attorneys for Defendant*

**ATTESTATION OF E-FILED SIGNATURE**

I, Aubry Wand, am the ECF User whose ID and password are being used to file the foregoing Joint Notice of Settlement. In compliance with Civil L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 27, 2026 By: /s/ Aubry Wand